UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONATO AND ANITA TAA,<br><br>        Plaintiffs,<br>    v.<br><br>CHASE HOME FINANCE, LLC., ET AL,<br><br>        Defendants.<br>_____ | Case No.: C 11-00554 PSG<br><br>**ORDER TO REASSIGN CASE TO U.S. DISTRICT JUDGE; REPORT AND RECOMMENDATION RE APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Donato and Anita Taa are both plaintiffs in the above-captioned action. However, only Mr. Taa has applied to proceed *in forma pauperis*. In the application, he represents that he has received no government assistance in the past 12 months, and fails to identify any date of last employment and the amount of gross and net salary and wages per month that he received. As such, the court finds that plaintiffs have failed to establish their inability to pay some, if not all, of the filing fee. Accordingly,

IT IS HEREBY ORDERED that this case be reassigned to a U.S. District Judge with the recommendation that the application to proceed *in forma pauperis* be denied in whole, or in part.

IT IS SO ORDERED.

Dated:    February 16, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*