IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONATO TAA, ET AL., | CASE NO. 5:11-cv-00554 EJD |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| CHASE HOME FINANCE, LLC, ET AL., | |
| Defendants. | |

On March 19, 2012, this court issued an order dismissing Plaintiffs' Complaint with leave to amend. See Docket Item No. 49. The court granted Plaintiffs leave to amend and ordered that any amended complaint be filed no later than April 17, 2012. To date, Plaintiffs have not filed an amended complaint as directed.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiffs do not, by May 18, 2012, demonstrate good cause in writing why this case should not be dismissed, the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: May 1, 2012

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:11-cv-00554 EJD
ORDER TO SHOW CAUSE